**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TREVOR J. INGOLD, SB# 193227
  E-Mail: Trevor.Ingold@lewisbrisbois.com
PAUL S. KIM, SB# 314811
  E-Mail: Paul.S.Kim@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants YOCO INC. and
M.A.X. SPORTS ENTERPRISE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANURI TEX CO., LTD., a Korea corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>YOCO, INC., a New York corporation; M.A.X. SPORTS ENTERPRISE, INC., a New York corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-07430-JFW (PLAx)<br><br>[Assigned to The Hon. John F. Walter, Courtroom 7A]<br><br>**JOINT STIPULATION TO TRANSFER VENUE**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Action Filed:　August 27, 2019<br>Trial Date:　　None Set |

**IT IS HEREBY STIPULATED** by and between Plaintiff DANURI TEX CO., LTD. ("Plaintiff") and Defendants YOCO INC. and M.A.X. SPORTS ENTERPRISE INC. ("Defendants"), by and through their respective counsel of record, that this action be transferred from the United States District Court for the Central District of California, Western Division to the United States District Court for the Southern District of New York.

Transfer to the Southern District of New York is for the convenience of the parties and witnesses, and is in the interests of justice. 28 U.S.C. § 1404(a). Defendants are both New York corporations with their headquarters and principal places of business in New York, and a substantial part of the alleged events giving

4828-2044-3304.1

JOINT STIPULATION TO TRANSFER VENUE

rise to this action occurred in New York.  Defendants also assert that the Central District of California lacks personal jurisdiction over them.  Accordingly, it would be inconvenient and contrary to the interests of justice for this action to proceed in the Central District of California.  Therefore, Plaintiff and Defendant stipulate to and request an Order transferring this action to the United States District Court for the Southern District of New York.

**IT IS HEREBY FURTHER STIPULATED** that Defendants shall plead, answer, move, or otherwise respond to Plaintiff's complaint within thirty (30) days of the proper Notice of Transfer to the United States District Court for the Southern District of New York.

**IT IS HEREBY FURTHER STIPULATED** that Plaintiff shall pay any and all transfer and filing fees in order to transfer this case to the Southern District of New York, and each party shall bear their own attorneys' fees and costs associated with the present joint stipulation.

DATED: September 27, 2019          ACI LAW GROUP, PC


                                   By: /s/ *John A. Axtell*
                                       JOHN A. AXTELL
                                       Attorneys for Plaintiff DANURI TEX CO., LTD.

DATED: September 27, 2019          LEWIS BRISBOIS BISGAARD & SMITH LLP


                                   By:  /s/ *Paul S. Kim*
                                        TREVOR J. INGOLD
                                        PAUL S. KIM
                                        Attorneys for Defendants YOCO INC. and M.A.X. SPORTS ENTERPRISE INC.

4828-2044-3304.1

2

JOINT STIPULATION TO TRANSFER VENUE

## ATTORNEY ATTESTATION

I, Paul S. Kim, attest that the other signatory listed above, and on whose behalf this document is submitted, concurs in the filing's content and has authorized the filing. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: September 27, 2019     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Paul S. Kim*
TREVOR J. INGOLD
PAUL S. KIM
Attorneys for Defendants YOCO INC. and M.A.X. SPORTS ENTERPRISE INC.