JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANURI TEX CO., LTD., a Korea corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>YOCO, INC., a New York corporation; M.A.X. SPORTS ENTERPRISE, INC., a New York corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. 2:19-cv-07430-JFW (PLAx)<br><br>[Assigned to The Hon. John F. Walter, Courtroom 7A]<br><br>**ORDER REGARDING JOINT STIPULATION TO TRANSFER VENUE**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Action Filed: August 27, 2019<br>Trial Date: None Set |



4841-2141-7126.1

**ORDER**

The Court, having reviewed and considered the parties' joint stipulation to transfer this action and good cause having been shown, upon payment of transfer and filing fees by Plaintiff, does hereby Order that this entire action shall be transferred from the United States District Court for the Central District of California, Western Division to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

DATED: October 2, 2019

_____
The Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

4841-2141-7126.1

2