# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:19–cv–07430–JFW–PLA

| | |
|---|---|
| Danuri Tex Co., Ltd. v. Yoco, Inc. et al | Date Filed: 08/27/2019 |
| Assigned to: Judge John F. Walter | Date Terminated: 10/02/2019 |
| Referred to: Magistrate Judge Paul L. Abrams | Jury Demand: None |
| Demand: $1,000,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**Danuri Tex Co., Ltd.**　　　　　　　　　represented by　**John A Axtell**
*a Korea corporation*　　　　　　　　　　　　　　　　　　ACI Law Group PC
　　　　　　　　　　　　　　　　　　　　　　　　　　　6 Centerpointe Drive Suite 630
　　　　　　　　　　　　　　　　　　　　　　　　　　　La Palma, CA 90623
　　　　　　　　　　　　　　　　　　　　　　　　　　　714–522–3300
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 714–552–3700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: john@acilawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Jin Jeong Kim**
　　　　　　　　　　　　　　　　　　　　　　　　　　　ACI Law Group PC
　　　　　　　　　　　　　　　　　　　　　　　　　　　6 Centerpointe Drive Suite 630
　　　　　　　　　　　　　　　　　　　　　　　　　　　La Palma, CA 90623
　　　　　　　　　　　　　　　　　　　　　　　　　　　714–522–3300
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 714–522–3700
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jj@jjkim.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yoco, Inc.**　　　　　　　　　　　　　represented by　**Paul Stewart Kim**
*a New York corporation*　　　　　　　　　　　　　　　　Lewis Brisbois Bisgaard & Smith LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　633 West 5th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 4000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　　　　　　213.680.5079
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: paulskimesq@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Trevor J Ingold**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lewis Brisbois Bisgaard and Smith LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　633 West 5th Street Suite 4000
　　　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　　　　　　213–250–1800
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 213–250–7900
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: trevor.ingold@lewisbrisbois.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**M.A.X. Sports Enterprise, Inc.**  represented by  **Paul Stewart Kim**
*a New York corporation* (See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor J Ingold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 to 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2019 | 1 | COMPLAINT Receipt No: 0973–24334881 – Fee: $400, filed by plaintiff DANURI TEX CO., LTD.. (Attorney John A Axtell added to party DANURI TEX CO., LTD.(pty:pla))(Axtell, John) (Entered: 08/27/2019) |
| 08/27/2019 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff DANURI TEX CO., LTD.. (Axtell, John) (Entered: 08/27/2019) |
| 08/27/2019 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff DANURI TEX CO., LTD.. (Axtell, John) (Entered: 08/27/2019) |
| 08/27/2019 | 4 | CIVIL COVER SHEET filed by Plaintiff DANURI TEX CO., LTD.. (Axtell, John) (Entered: 08/27/2019) |
| 08/27/2019 | 5 | CERTIFICATE of Interested Parties filed by plaintiff DANURI TEX CO., LTD., identifying DANURI TEX CO., LTD.. (Axtell, John) (Entered: 08/27/2019) |
| 08/27/2019 | 6 | NOTICE OF ASSIGNMENT to District Judge John F. Walter and Magistrate Judge Paul L. Abrams. (et) (Entered: 08/27/2019) |
| 08/27/2019 | 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (et) (Entered: 08/27/2019) |
| 08/27/2019 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant Yoco, Inc. (et) (Entered: 08/27/2019) |
| 08/27/2019 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant M.A.X. Sports Enterprise, Inc. (et) (Entered: 08/27/2019) |
| 08/28/2019 | 10 | STANDING ORDER by Judge John F. Walter. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. (lom) (Entered: 08/28/2019) |
| 09/04/2019 | 11 | DECLARATION of John A. Axtell *Lead Counsel* filed by Plaintiff Danuri Tex Co., Ltd.. (Axtell, John) (Entered: 09/04/2019) |
| 09/19/2019 | 12 | PROOF OF SERVICE Executed by Defendant Danuri Tex Co., Ltd., upon Defendant M.A.X. Sports Enterprise, Inc. served on 9/9/2019, answer due 9/30/2019. Service of the Summons and Complaint were executed upon Han Choi, person in charge in compliance with California Code of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and by also mailing a copy.Original Summons NOT returned. (Axtell, John) (Entered: |

| | | |
|---|---|---|
| | | 09/19/2019) |
| 09/19/2019 | 13 | PROOF OF SERVICE Executed by Plaintiff Danuri Tex Co., Ltd., upon Defendant Yoco, Inc. served on 9/9/2019, answer due 9/30/2019. Service of the Summons and Complaint were executed upon Han Choi, person in charge in compliance with California Code of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and by also mailing a copy.Original Summons NOT returned. (Axtell, John) (Entered: 09/19/2019) |
| 09/27/2019 | 14 | Joint STIPULATION to Transfer Case to Southern District of New York filed by Defendants M.A.X. Sports Enterprise, Inc., Yoco, Inc.. (Attachments: # 1 Proposed Order)(Attorney Paul Stewart Kim added to party M.A.X. Sports Enterprise, Inc.(pty:dft), Attorney Paul Stewart Kim added to party Yoco, Inc.(pty:dft))(Kim, Paul) (Entered: 09/27/2019) |
| 09/27/2019 | 15 | DECLARATION of Trevor J. Ingold *AS LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING* filed by Defendants M.A.X. Sports Enterprise, Inc., Yoco, Inc.. (Ingold, Trevor) (Entered: 09/27/2019) |
| 09/27/2019 | 16 | Notice of Appearance or Withdrawal of Counsel: for attorney Trevor J Ingold counsel for Defendants M.A.X. Sports Enterprise, Inc., Yoco, Inc.. Adding Trevor J. Ingold as counsel of record for Defendants YOCO INC. and M.A.X. SPORTS ENTERPRISE INC. for the reason indicated in the G−123 Notice. Filed by Defendants YOCO INC. and M.A.X. SPORTS ENTERPRISE INC.. (Attorney Trevor J Ingold added to party M.A.X. Sports Enterprise, Inc.(pty:dft), Attorney Trevor J Ingold added to party Yoco, Inc.(pty:dft))(Ingold, Trevor) (Entered: 09/27/2019) |
| 10/02/2019 | 17 | ORDER REGARDING JOINT STIPULATION TO TRANSFER VENUE 14 by Judge John F. Walter. The Court, does hereby Order that this entire action shall be transferred from the United States District Court for the Central District of California, Western Division to the United States District Court for the Southern District of New York. Case File Transferred Electronically. (MD JS−6. Case Terminated.) (iv) (Entered: 10/02/2019) |