```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
DANURI TEX CO., LTD,

                    Plaintiff,
                                                    O R D E R
        - against -
                                                 19 Civ. 9187 (NRB)
YOCO INC., M.A.X. SPORTS ENTERPRISE
INC., and DOES 1-10,

                    Defendant.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated March 6, 2020 and March 11, 2020, the Court has determined that plaintiff may bring its motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty (60) days elapse from the filing of the plaintiff's motion to the filing of the plaintiff=s reply.

Dated:  New York, New York
        March 18, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE