```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

DANURI TEX CO., LTD,

                        Plaintiff,

          - against -                          O R D E R

YOCO INC., M.A.X. SPORTS ENTERPRISE            19 Civ. 9187 (NRB)
INC., and DOES 1 to 10,

                        Defendants.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** the parties have agreed in light of defendants' current situation that a stay in proceedings is appropriate for six months; it is hereby

   **ORDERED** that parties should report to the Court on the status of this case on March 14, 2022.

Dated:   New York, New York
         September 13, 2021

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE