# ACI LAW GROUP, PC

6 Centerpointe Drive, Ste. 630, La Palma, CA 90623
Telephone: 714.522.3300 * Facsimile: 714.522.3700 * E-mail: pa@acilawgroup.com
www.acilawgroup.com

March 14, 2022

Hon. Naomi Reice Buchwald, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

*Danuri Tex Co., Ltd. v. Yoco, Inc. et al.*
Case No. 1:19-cv-09187-NRB

Dear Judge Buchwald:

    We represent the Plaintiff in the above captioned case, and write jointly with the consent of Defendants' counsel to provide the Court with a status report.

    The parties have met and conferred regarding Defendant Park's current prognosis. It is our understanding that Defendant Park is approximately one month into a six-month course of radiation treatment. Again, Defendant Park will not agree to a consent judgment, but the parties are mindful of Defendant Park's current treatment plans, and accordingly, the parties agree that this matter is ready to proceed to trial. The parties request that a pre-trial conference be scheduled in this matter in November 2022 and that trial should commence thereafter.

Respectfully,
ACI LAW GROUP, PC

Jacob Bach
Attorney for Plaintiff Meridian Global FKA Danuri Tex Co., Ltd.
Admitted Pro Hac Vice
jacob@acilawgroup.com

cc:    Andrew D. Grossman, counsel for Defendants Yoco, Inc.
       and M.A.X. Sports Enterprise, Inc. via ECF agrossman@rhakimlaw.com
       Dayton P. Haigney, counsel for Plaintiff Danuri, Inc. via ECF DPHLAW@msn.com