UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERIDIAN GLOBAL CO., LTD., a Korea corporation, FKA DANURI TEX CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>YOCO INC., a New York corporation; M.A.X. SPORTS ENTERPRISE INC, a New York corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 19-cv-09187-(NRB)(OTW)<br><br>[PROPOSED] ORDER |

After consideration of the Joint Stipulation for Dismissal of the entire action without Prejudice filed by Plaintiff MERIDIAN GLOBAL CO., LTD., a Korea corporation FKA Danuri Tex Co., Ltd. ("Plaintiff") and YOCO INC., a New York corporation; M.A.X. SPORTS ENTERPRISE INC, a New York corporation ("Defendants"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 4, 2022

_____
UNITED STATES DISTRICT JUDGE